```
              THE COPYSTORE
               49 COURT ST
              BUFFALO NY 14202
               716-847-6400


        08/06/2018 11:51AM      01
        000000#6231        CLERK01

                    1620 @ $0.10
        DEPT.05         T1 $162.00
                      88 @ $0.50
        DEPT.05          T1 $44.00
                    1376 @ $0.02
        DEPT.05          T1 $27.52
                       4 @ $5.25
        DEPT.05          T1 $21.00
        MDSE ST            $254.52
        TAX1                $22.27

        ITEMS     3088Q
        CASH    $276.79
```

Annotation: "black & white copies" (arrow pointing to $0.10)

```
THE COPYSTORE
49 COURT ST
BUFFALO NY 14202
716-847-6400

08/14/2018  2:52PM   01
000000#6528   CLERK01

              9 @ $0.10
DEPT.05      T1 $0.90
            240 @ $0.10
DEPT.05      T1 $24.00
             16 @ $0.50
DEPT.05      T1 $8.00
            265 @ $0.02
DEPT.05      T1 $5.30
              4 @ $2.00
DEPT.05      T1 $8.00
MDSE ST        $46.20
TAX1            $4.04

ITEMS    5340
CASH     $50.24
```

## STORE

IT | HIGH VOLUME | PRINTING

Date __8/13__
Job Due By __8/15__ Time __1pm__
Number of Copies __see below__

### Black and White / Color Copies

- ( ) 8.5" x 14"
- ( ) 11" x 17"
- ( ) Oversized
- ( ) Double Sided   ( ) As-is
- ( ) Reduce to ____
- ( ) Enlarge to ____

### Copies/Prints / Scanning

- ( ) Black & White   ( ) Color
- ( ) As-is
- ( ) Black & White   ( ) Color
- ( ) 8.5" x 11   ( ) 8.5" x14"   ( ) 11"x17"   ( ) As-is
- ( ) PDF   ( ) TIFF   ( ) JPEG
- OCR / Searchable  ( ) YES   ( ) NO   *Only PDFs can be made searchable
- Play: Film to Film
- Play: Scan to Disc
- How would you like your file(s) tagged / named? ____

### Trial Exhibits / Wide Format

- 36   ( ) 30 x 40   ( ) Other ____   ( ) Mounted on Foamcore
- 36   ( ) 30 x 40   ( ) Other ____   ( ) Mounted on Foamcore

### Finishing

- ( ) Velo   ( ) Comb   ( ) Coil   ( ) Thermal (tape)
- Original Bound ( ) Yes ( ) No   Color of Cover ( ) Front ____   ( ) Back ____

### Organizing / Tabs / Drilling / Bates Numbering

- ( ) Stapled
- ( ) Paper-Clipped
- ( ) Rubberbanded
- ( ) Color Divider Sheets

- ( ) Bottom Exhibit Letter
- ( ) Side Exhibit Letter
- ( ) Side Letter
- ( ) Side Number
- ( ) Custom

- ( ) 3-Hole
- (X) 2-Hole
- ( ) Prong-Fasteners
- ( ) 3-Ring View Binder

- ( ) Digital (copies only)
- ( ) Manual (original only)
- ( ) Start with ____
- ( ) Prefix ____ (digital only)
- ( ) Suffix ____ (digital only)

### Bill to
Company: Anna
Attention: ____
PO# / Ref.: ____
For Questions Please Contact
Name: ____
Phone: 854-100
Email: ____

### Additional Instructions
4 sets

Add W-2 & top section to each

2 hole & add

49 Court Street | Buffalo, NY 14202 | 716.847.6400 | www.buffalocopy.com | info@buffalocopy.com